Civil- (Dec-2008)

**HONORABLE:** T. O. Farrish
**DEPUTY CLERK** R. K. Wood
**RPTR/ECRO/TAPE** FTR
**TOTAL TIME:** ___ hours 46 minutes
**DATE:** 11/15/2021   **START TIME:** 10:01 a.m.   **END TIME:** 10:47 a.m.
**LUNCH RECESS** FROM: ___ TO: ___
**RECESS** (if more than ½ hr) FROM: ___ TO: ___

**CIVIL NO.** 3:20CV387 (VLB)

Faniel
vs
PAFY, Inc., et al.

N. Egbarin
Plaintiff's Counsel

L. Alexander, S. Rosenberg
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing  [ ] Show Cause Hearing
[ ] Evidentiary Hearing  [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] # 70  Motion for settlement approval   [ ] granted [ ] denied [✓] advisement
[✓] # 72  Motion to seal   [ ] granted [ ] denied [✓] advisement
[ ] # ___ Motion ___   [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___   [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___   [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___   [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___   [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___   [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___   [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___   [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___   [ ] granted [ ] denied [ ] advisement
[ ] [ ] Briefs(s) due ___ [ ] Proposed Findings due ___ Response due ___
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ Hearing continued until ___ at ___

**Notes:** The hearing was held via zoom video conference.